IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY M. DAVIS, JR.,

    Plaintiff,

v.

KIM CARL, TIMOTHY JORDAN,
STEVEN DITTMAN, KEVIN PITZEN,
OFFICER SCHULZE, SERGEANT
WILLETT, DANIEL NORGE, PSY. D.,
LUCAS WEBER, LINDSAY WALKER, S.
FRY, XIONG, ANDERSON and MICHAEL
DITTMANN,

    Defendants.

ORDER

Case No. 16-cv-689-wmc

*Pro se* plaintiff Jeffrey M. Davis, Jr. is proceeding against the defendants on claims under the Eighth Amendment and state law. The court is in receipt of a letter from Davis, in which he requests either a conference call so that the court can order the parties to engage in settlement or mediation, or, in the alternative, dismissal of this lawsuit without prejudice. (Dkt. #31.) Defendants have responded that mediation would not be productive at this time and do not oppose dismissal of the case without prejudice. The court will not grant plaintiff's request related to a mediation or settlement. Indeed, even if defendants expressed a willingness to engage in settlement discussions or mediation, this court does not generally order parties to either mediate or discuss settlement. However, as the parties are in agreement that dismissal without prejudice is appropriate,

ORDER

IT IS ORDERED that pursuant to Fed. R. Civ. P. 41(a)(2), this matter is DISMISSED without prejudice.

Entered this 17th day of January, 2018.

                      BY THE COURT:

                      /s/

                      WILLIAM M. CONLEY
                      District Judge